IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                     CASE NO. 1:09-cv-00044-MP  -GRJ

2006 ACURA VIN 19UUA66236A010259,

      Defendant.

_____/

# O R D E R

      This matter is before the Court on Doc. 29 Motion to Dismiss Combined with Motion to

Lift Stay, filed by the government, to which the claimant, Amir Hamid Reza Anghaie, consented

in the response at Doc. 30.  Pursuant to the agreement of the parties, it is

      **ORDERED AND ADJUDGED:**

      The motion to lift stay and dismiss this case, Doc. 29, is granted.  The case is dismissed
with each side to bear its own costs and attorney's fees.

      **DONE AND ORDERED** this *23rd*  day of May, 2011

                      *s/Maurice M. Paul*
                  Maurice M. Paul, Senior District Judge